1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF CALIFORNIA
8

9  SHANETTE JAIN,                    )   No. 1:09-cv-1938 OWW DLB
                                     )
10         Plaintiff,                )   JOINT STIPULATION AND ORDER RE:
                                     )   EXTENSION OF TIME TO RESPOND TO
11     v.                            )   COMPLAINT
                                     )
12  Michael Aytes, et al.            )
                                     )
13         Defendants.               )
                                     )
14  _____)

15

16      This is an immigration case in which plaintiff challenges the delay in adjudication of a two

17  visa petitions by U.S. Citizenship and Immigration Services' (CIS).  At present, the parties are

18  attempting resolution of the matter at the administrative level.  Accordingly, the parties stipulate

19  that the date for filing the government's answer be extended to March 8, 2010.

20

21  Dated: December 30, 2009

22                                       BANJAMIN B. WAGNER
                                         United States Attorney
23

24                             By:    /s/Audrey Hemesath
25                                    Audrey B. Hemesath
                                      Assistant U.S. Attorney
26                                    Attorneys for the Defendants

27                             By:    /s/ Robert B. Jobe
28                                    Robert B. Jobe
                                      Attorney for the Plaintiff

                                      -1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 8, 2010.

IT IS SO ORDERED.

**Dated:   December 30, 2009**           /s/ **Oliver W. Wanger**
                                      UNITED STATES DISTRICT JUDGE