Robert B. Jobe (Cal. State Bar #133089)
LAW OFFICE OF ROBERT B. JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
Tel:    (415) 956-5513
Fax:    (415) 840-0308
Email: bob@jobelaw.com

Attorney for Plaintiff.

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANETTE JAIN,<br><br>    Plaintiff,<br><br>    v.<br><br>JANET NAPOLITANO, ET AL.,<br><br>    Defendants. | No.    1:09-cv-1938 OWW DLB<br><br>PLAINTIFF'S MOTION FOR VOLUNTARY DISMISSAL;  ORDER |

   Pursuant to Federal Rule of Civil Procedure 41, Plaintiff, by and through her attorney of record, hereby moves for dismissal, without prejudice, of her complaint currently pending before the Court.  Subsequent to the filing of this complaint, Defendants denied Plaintiff's visa petitions ("Forms I-130").  Therefore, Plaintiff is no longer alleging that Defendants are unlawfully delaying adjudication of her visa petitions.

   WHEREFORE, Plaintiff prays that this Court allow her to voluntarily dismiss her complaint, without prejudice.

Motion for Voluntary Dismissal and [Proposed] Order
No.        1:09-cv-1938 OWW DLB

DATED: March 1, 2010 /s/

Robert B. Jobe
LAW OFFICE OF ROBERT JOBE
550 Kearny Street, Ste. 200
San Francisco, CA 94108
(415) 956-5513

Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED that Plaintiff's motion for dismissal of the action without prejudice be granted.

IT IS SO ORDERED.

**Dated: March 1, 2010** **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE